**ASPEN MANUFACTURING, INC., Plaintiff–Appellant,**

and

**David O. Piccione, Counterclaim Defendant–Appellant,**

v.

**BENCHMARK MANUFACTURING, INC., Defendant/Counterclaimant–Appellee.**

**No. 02–1454.**

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 10, 2003.

Before MAYER, Chief Judge, MICHEL and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.